(A)
1-9-01

**FILED**
HARRISBURG
JAN 8 - 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

RETURN TO SENDER:
No forwarding address
Unauthorized items

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $3

Emmanuel Udoh
CTY-YORK
York County Prison
A23-195-529
3400 Concord Road
York, PA  17402


Re: 1:00-cv-02132

------------------------------



------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMANUEL UDOH, | : | |
| Petitioner | : | 1:00-IN-74 |
| | : | 1:CV-00-2132 |
| v. | : | |
| | : | (Judge Kane) |
| UNITED STATES IMMIGRATION | : | |
| AND NATURALIZATION SERVICES | : | |

**FILED**
HARRISBURG, PA

DEC 1 5 2000

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

## ORDER

Before this Court is Petitioner's pro se motion for an emergency stay of deportation and/or removal, filed on December 11, 2000. However, the U.S. Attorney's office has informed this Court in a letter dated December 12, 2000 that Petitioner was deported to Nigeria on or about December 9, 2000. This being the case, Petitioner's Motion is DENIED as moot. The Clerk of Court is ORDERED to close the file.

_____
Yvette Kane
United States District Judge

December 15, 2000