⑤

1-16-01
sc

FILED
HARRISBURG

JAN 1 2 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

OPEN IN PRESENCE OF INMATE

RETURN TO SENDER
☒ No forwarding address
☐ Unauthorized items

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURNED TO SENDER

17402 - FORWARD

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Emmanuel Udoh
CTY-YORK
York County Prison
A23-195-529
3400 Concord Road
York, PA  17402


            Re: 1:00-cv-02132

            ------------------------------



            ------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

JUDICIAL OFFICERS:                      CLERK'S OFFICE ADDRESS:

Judge Sylvia H. Rambo                   U.S. District Court
Judge Yvette Kane                         228 Walnut Street
Judge William W. Caldwell               P.O. Box 983
Magistrate Judge J. Andrew Smyser       Harrisburg, PA  17108

------------------------------------------------------------------------

Chief Judge Thomas I. Vanaskie          U.S. District Court
Judge A. Richard Caputo                 235 N. Washington Ave.
Judge James M. Munley                   P.O. Box 1148
Judge William J. Nealon                 Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Raymond J. Durkin
Magistrate Judge Thomas M. Blewitt

------------------------------------------------------------------------

Judge James F. McClure                  U.S. District Court
Judge Malcolm Muir                      240 West Third Street
                                        Suite 218
                                        Williamsport, PA  17701

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 983

HARRISBURG, PA 17108

December 12, 2000

Emmanuel Udoh
CTY-YORK
York County Prison
A23-195-529
3400 Concord Road
York, PA 17402

Re: 1:00-cv-02132    Udoh v. United States Immigr
    Judge: Yvette Kane

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

MARY E. D'ANDREA, Clerk

By: _____
Deputy Clerk

[X] Petition For Writ of Habeas Corpus    [ ] Complaint
    (Emergency Stay of Deportation)
[ ] Transfer From Other District          [ ] Other

NOTE:  Please be advised that in order for service to be made
       a U.S. Marshal Form 285 (form enclosed) must be completed
       for each named defendant and returned to the Clerk's
       Office at the above address.  Additional forms are
       available at the prison library or the U.S. Marshal's
       Office.  (This does not apply to Petitions for Writ of
       Habeas Corpus.)

Enclosed:  Notice of Consent regarding Magistrate Referral.